COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-225-CV

IN RE MARY KAY McGUFFIN RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and motion for stay with supporting affidavit and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus and motion for stay are denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A: WALKER, J.; CAYCE, C.J.; and LIVINGSTON, J.

LIVINGSTON, J. would grant.

DELIVERED: July 16, 2004

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.